## WHITMAN v. STATE.

### No. 26207.

Court of Criminal Appeals of Texas.
Jan. 28, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted of the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at a fine of $100.00.

The record is before us without a statement of facts or bills of exception. All the proceedings appear regular, therefore nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.